**Imelda CONTRERAS GONZALES, Petitioner,**

v.

**Eric H. HOLDER Jr., Attorney General, Respondent.**

No. 09–71043.

United States Court of Appeals, Ninth Circuit.

Submitted May 25, 2010.*

Filed June 3, 2010.

Imelda Contreras Gonzales, Van Nuys, CA, pro se.

Tracie Nicole Jones, Trial, OIL, U.S. Department of Justice, Washington, DC, Ronald E. LeFevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

Imelda Contreras Gonzales, a native and citizen of Guatemala, petitions pro se for review of the decision of the Board of Immigration Appeals affirming the immigration judge's denial of her application for cancellation of removal relief based on her failure to establish the requisite hardship to her United States citizen children.

Contreras Gonzales contends that the BIA erred in denying her cancellation application because her United States citizen children will experience hardship if she is removed to Guatemala. We lack jurisdiction to review the IJ's discretionary hardship determination. *See Mendez–Castro v. Mukasey*, 552 F.3d 975, 980 (9th Cir.2009); *see also Romero–Torres v. Ashcroft*, 327 F.3d 887, 891 (9th Cir.2003).

**PETITION FOR REVIEW DISMISSED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.